# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

E-filing

CR 08 0221 CRB

UNITED STATES OF AMERICA,

V.

SEYTO M. DJOENAEDI

DEFENDANT(S).

---

## INDICTMENT

---

A true bill.

_____ Foreman

Filed in open court this _2d_ day of
APRIL 2008.

_____ Clerk

Bail, $ NO BAIL ARREST WARRANT

Submit by Email

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

26 USC § 7206(1) E-filing
Filing False Tax Returns

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:

26 USC § 7206(1) - 3 yrs impris., $250,000 fine, 1 year superv. rel., $100 assessment

─── DEFENDANT - U.S. ───

▶ SEYTO M. DJOENAEDI

DISTRICT COURT NUMBER

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

─── PROCEEDING ───
Name of Complainant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  JOSEPH P. RUSSONIELLO

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  CYNTHIA L. STIER, AUSA, TAX DIV.

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

3

4                           E-filing

5

6

7

8             UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        ) No. CR-
                                       )
12 |         Plaintiff,                ) VIOLATION:
                                       ) 26 U.S.C. § 7206(1) (False Tax Return)
13 |   v.                              )
                                       )
14 | SETYO M. DJOENAEDI,               ) VENUE: SAN FRANCISCO
                                       )
15 |         Defendant.                )
   |_____)
16

17                          I N D I C T M E N T

18 The Grand Jury charges:

19                    INTRODUCTION - DEFINITIONS

20      1.   The Internal Revenue Service ("IRS") is an agency of the United States within the

21 Department of the Treasury of the United States.

22      2.   (a)   The Internal Revenue Code (Title 26 of the United States Code) contains

23 the statutes and laws of the United States concerning, among other things, tax liability.

24           (b)   "Federal Income Tax" refers to the tax due the United States under the

25 Internal Revenue Code.

26 //

27 //

28 //

1  **COUNT ONE:** (26 U.S.C. § 7206(1)) - (Filing False Tax Return)

2  On or about April 15, 2002, the defendant

3  SETO M. DJOENAEDI

4  did willfully and knowingly make and subscribe a U.S. Individual Income Tax Return for the
5  2001 calendar year, which was filed with the IRS and verified by the defendant in a written
6  declaration that it was made under the penalties of perjury, which income tax return he did not
7  believe to be true and correct as to every material matter in that said defendant failed to report
8  gross receipts, whereas, he then and there well knew and believed he had received gross receipts
9  in that tax year.

10  In violation of Title 26, United States Code, Section 7206(1).

12  DATED:                                          A TRUE BILL.

14                                                  _____
                                                    FOREPERSON

17  JOSEPH P. RUSSONIELLO
    United States Attorney

20  BRIAN STRETCH
    Chief, Criminal Division

23  (Approved as to form: _____)
                           AUSA STIER

INDICTMENT                         2